# IN THE COURT OF APPEALS OF THE STATE OF IDAHO

## Docket No. 53364

| | |
|---|---|
| STATE OF IDAHO, | ) |
| | ) **Filed: July 6, 2026** |
| Plaintiff-Respondent, | ) |
| | ) **Melanie Gagnepain, Clerk** |
| v. | ) |
| | ) **THIS IS AN UNPUBLISHED** |
| VASILIY TORNO, | ) **OPINION AND SHALL NOT** |
| | ) **BE CITED AS AUTHORITY** |
| Defendant-Appellant. | ) |
| | ) |

Appeal from the District Court of the Third Judicial District, State of Idaho, Canyon County. Hon. Davis VanderVelde, District Judge.

Judgment of conviction and unified sentence of twenty years, with a minimum period of confinement of seven and one-half years, for felony driving under the influence and being a persistent violator, <u>affirmed</u>.

Erik R. Lehtinen, State Appellate Public Defender; Jacob L Westerfield, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Raúl R. Labrador, Attorney General; Kacey L. Jones, Deputy Attorney General, Boise, for respondent.

---

Before TRIBE, Chief Judge; LORELLO, Judge;
and MELANSON, Judge Pro Tem

---

PER CURIAM

Vasiliy Torno pled guilty to felony driving under the influence, I.C. § 18-8004, and being a persistent violator, I.C. § 19-2514. In exchange for his guilty plea, an additional charge was dismissed. The district court sentenced Torno to a unified term of twenty years, with a minimum

1

period of confinement of seven and one-half years.[1]  Torno appeals, arguing that his sentence is excessive.

Sentencing is a matter for the trial court's discretion.  Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here.  *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982).  When reviewing the length of a sentence, we consider the defendant's entire sentence.  *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007).  Our role is limited to determining whether reasonable minds could reach the same conclusion as the district court.  *State v. Biggs*, 168 Idaho 112, 116, 480 P.3d 150, 154 (Ct. App. 2020).  Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Torno's judgment of conviction and sentence are affirmed.

---

[1]     Torno filed an I.C.R. 35 motion, which the district court denied.  However, Torno did not supplement the record with the I.C.R. 35 documents and does not challenge the denial on appeal.